```
                                            FILED
                                   CLERK, U.S. DISTRICT COURT

                                          JUN  5 2008

                                   CENTRAL DISTRICT OF CALIFORNIA
                                                     BY DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. LORENA ELIZABETH SOLIS-PALOMINO DEFENDANT(S). | CASE NUMBER ED08-224M. ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __6/11/08__, _____, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __Oswald Parada__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __6/5/08__

**OSWALD PARADA**
U.S. District Judge/Magistrate Judge

---
ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                 Page 1 of 1